### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CMS WIRELESS, LLC**                                                                              **PLAINTIFF**

**vs.**                                                  **4:11CV00755-BRW**

**FIDELITY & DEPOSIT COMPANY**                                                          **DEFENDANTS**
**OF MARYLAND,** *et al***.**

## ORDER

Pending is Plaintiff's Motion for Default Judgment (Doc. No. 18) against separate Defendants Crown Management, Inc., Crown Project Management, Inc., Prince & Associates, C. Prince and Associates Consulting, Inc. (collectively the "Prince Entities").  The Court will treat the motion as a Motion for Clerk's Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Under Rule 55(a), the party seeking default judgment must have the Clerk of the Court enter the default by showing that the opposing party has failed to plead or otherwise defend. After default has been entered by the Clerk, the moving party may, under Rule 55(b), seek entry of judgment on the default.

Plaintiff's Motion for Default Judgment is referred to the Clerk of the Court for consideration of entry of a Clerk's default.

IT IS SO ORDERED this 3rd day of November, 2011

/s/Billy Roy Wilson
UNITED STATES DISTRICT. JUDGE