IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CMS WIRELESS, LLC**                                                                        **PLAINTIFF**

v.                            **CASE NO. 4:11cv00755-RTD**

**CROWN PROJECT MANAGEMENT, INC.,
PRINCE & ASSOCIATES, C. PRINCE AND
ASSOCIATES CONSULTING, INC., MICHELLE
CHOW, IN HER CAPACITY AS CHAPTER 7
BANKRUPTCY TRUSTEE FOR CROWN PROJECT
MANAGEMENT, INC., AND C. PRINCE & ASSOCIATES
CONSULTING, INC.**                                         **DEFENDANTS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 31 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## DEFAULT JUDGMENT

On this 31st day of May 2013, based upon the Fourth Amended Complaint against Crown Project Management, Inc., Prince & Associates, C. Prince and Associates Consulting, Inc. (collectively, the "Prince Entities"), and Michelle Chow, in her capacity as Chapter 7 Bankruptcy Trustee ("the Bankruptcy Estate") [Doc. 118]; the Motion to Strike Answer, Motion for Clerk's Default, and Motion for Default Judgment [Doc. 157 & 158]; the Clerk's Default [Doc. 160]; and the testimony and evidence presented herein, a Default Judgment is hereby entered pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff have and recover from the Prince Entities $422,728.10 for breach of contract; pre-judgment interest accruing at the rate of 6% per annum from August 26, 2009, to May 31, 2013, in the total amount of $189,777.36; post-judgment interest accruing at the highest rate allowed under 28 U.S.C. § 1961; costs in the amount of $165.00; and attorneys' fees in the amount of $ 85,000.00 .

IT IS SO ORDERED this 31st day of May 2013.

_____
Honorable Robert T. Dawson
United States District Judge

Prepared by:

Ashlea Brown, Ark. Bar No. 2007197
Newland & Associates, PLLC
2228 Cottondale Lane, Suite 200
Little Rock, AR 72202
abrown@newlandassociatespllc.com